UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


| | | |
|---|---|---|
| RYAN ALLEN SCHACKE, #7191982 | ) | |
| | ) | |
| v. | ) | NO. 2:08-CV-257 |
| | ) | |
| GREENE COUNTY DETENTION CTR. | ) | |
| and STEVE BURNS, Sheriff | ) | |

## **ORDER of JUDGMENT**

In accordance with the accompanying memorandum and order, this *pro se* federal prisoner's civil rights complaint under 42 U.S.C. § 1983 is **DISMISSED** for failure to state a claim. 28 U.S.C. § 1915(e)(2). Furthermore, should plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis* because, for reasons discussed in the memorandum, any appeal from this order would not be taken in good faith and would be frivolous. *See* 28 U.S.C. § 1915(a)(3).


    **ENTER**:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
     CLERK OF COURT